# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| NOVATEX LIMITED and G-PAC CORPORATION, ) ) Plaintiffs, ) ) v. ) ) UNITED STATES, ) ) Defendant, ) and ) ) DAK AMERICAS LLC, ) INDORAMA VENTURES USA, INC., and ) NAN YA PLASTICS CORPORATION, AMERICA, ) ) Defendant-Intervenors. ) ) | Court No. 18-00242 |

## JOINT STATUS REPORT AND STIPULATION OF DISMISSAL

In accordance with the January 2, 2019 Order of the Court, which stayed these proceedings pending the completion of judicial proceedings and a final decision in DAK Americas LLC, et al. v. United States, Court No. 18-00238, the parties hereby provide a joint status report and stipulation of dismissal.

On May 3, 2021, this Court issued its final decision in Court No. 18-00238, Slip Op. 21-52. On June 14, 2021, counsel for Defendant-Intervenors DAK Americas LLC, et al. filed a Notification of Termination of Access to Business Proprietary Information in Court No. 18-00242, thereby indicating their decision not to pursue further litigation in Court Nos. 18-00238 and 18-00242.

Therefore, the complaint filed by Novatex Limited and G-PAC Corporation (together, "Novatex") in Court No. 18-00242 is moot. For that reason, and in accordance with Rule 41(a)(1)(A) of the Rules of this Court, Novatex hereby voluntarily dismisses this action. Counsel for the United States, Sonia M. Orfield, and for DAK Americas LLC et al., Grace W. Kim, stipulate their concurrence to the dismissal.

Respectfully submitted,

*/s/ Brenda A. Jacobs*
Brenda A. Jacobs
Jacobs Global Trade & Compliance LLC
4134 N. River Street
McLean, VA 22101
(202) 256-2911

*/s/ Shawn M. Higgins*
Shawn M. Higgins
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005-1401

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

/s/ Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station

                                                            Washington, D.C. 20044
Telephone: (202) 353-0534
Facsimile: (202) 514-8640
E-mail: Sonia.M.Orfield@usdoj.gov

*/s/ Grace W. Kim*
Grace W. Kim
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, D.C. 20007-5108

Dated: June 17, 2021